John N. C. Stockton, in his own right, and John N. C. Stockton, as trustee, and John N. C. Stockton as administrator of the estate of Alexander Wallace, deceased, and Thomas P. Denham, Appellants, vs Archer Harman, Horace Scott, H. H. Buckman, the Jacksonville, Mayport Pablo Railway & Navigation Company, a corporation of the State of Florida, and the Jacksonville Ferry Company, a corporation of the State of Florida, Appellees.

Appeal from Circuit Court, Duval county, Rhydon M. Call, Judge.

Cooper & Cooper, for Appellants.

H. H. Buckman, for Appellees.

The bill in this cause was filed by the appellants

against the appellees. There was decree for the defend-
ants and the complainants appeal.

Appeal dismissed on praecipe of counsel for appel-
lant and consent of counsel for appellees.